# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:10cv192-RJC-DSC

| | | |
|---|---|---|
| **ROOSEVELT BROOME, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SHARONVIEW FEDERAL CREDIT** | ) | |
| **UNION, MICHAEL S. HUNTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on the defendants' motions to dismiss (Doc. Nos. 3 & 5) and the Magistrate Judge's Memorandum, Recommendations, and Order ("MR&O") (Doc. No. 16). The Court has reviewed the MR&O de novo and finds that it accurately applies the relevant law. This Court has no subject matter over the plaintiff's claims, and waiting for an objection to the MR&O would thus serve no valid purpose.

**IT IS, THEREFORE, ORDERED** that for the reasons set forth in the MR&O, the defendants' motions to dismiss (Doc. Nos. 3 & 5) are **GRANTED**. This matter is hereby **DISMISSED WITHOUT PREJUDICE**. The plaintiff's motion to add defendants (Doc. No. 14) and motion for default judgment (Doc. No. 15) are both **DENIED** as moot.

The Clerk is directed to send copies of this Order to the <u>pro se</u> plaintiff and to counsel for the defendants.

**SO ORDERED.**

Signed: June 10, 2010

Robert J. Conrad, Jr.
Chief United States District Judge