# United States District Court
## For The Western District of North Carolina
## Charlotte Division

ROOSEVELT BROOME, JR,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　CASE NO. 3:10CV192

MICHAEL S. HUNTER, J.W. ENGLAND,
D. STEITZ, K. JONES, H.A. BRITTON,
A. CONNER, K.F. WILLIAMS, K. PAIGE,
SHARONVIEW FEDERAL CREDIT UNION

    Defendant(s).

DECISION BY COURT. This action having come before the Court by MOTIONS and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/10/2010 Order.

Signed: June 10, 2010

Frank G. Johns, Clerk
United States District Court